UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

         Plaintiff,

   v.

KAJUAN MARTIN RINGO,

         Defendant.

Case No. CR13-197-RSL

**DETENTION ORDER**

Offense charged:

    Conspiracy to Distribute Oxycodone.

Date of Detention Hearing: July 23, 2013.

    The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

    Defendant is charged with a crime that carries a presumption of detention and has failed to overcome that presumption. The government proffered that when defendant was arrested he

DETENTION ORDER - 1

had a firearm in his vehicle and a large amount of cash.  Defendant has a felony conviction and is on active supervision.  Despite this, he allegedly committed a serious drug trafficking offense that spanned several states and allegedly possessed a gun.  Given the government's proffer, the Court finds no conditions of release would ensure the safety of the community.

It is therefore **ORDERED**:

(1)  Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)  The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 23rd day of July, 2013.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2