The Honorable Robert S. Lasnik

___ FILED ___ ENT___
___ LODGED ___ RECEIVED

OCT 3 1 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR13-0197 RSL |
|---|---|
| Plaintiff | [Proposed] ORDER TO SEAL |
| v. | |
| KAJUAN MARTIN RINGO, | |
| Defendant. | |

Having read the Government's Motion to Seal and because of sensitive information contained within the Motion to Unseal,

It is hereby ORDERED that Exhibit 8 to the United States' Response to Defendant's Motion to Revoke Detention Order, shall remain sealed.

DATED this 31st day of October, 2013.

/s/ Robert S. Lasnik
ROBERT S. LASNIK
United States District Judge

13-CR-00197-AF

Order to Seal
*United States v. Ringo*/CR13-197RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970